D-1215-CV-201000799 - Monday, November 22, 2010

# ROGELIO OCHOA V ROY WOOD

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-1215-CV-201000799 | DAVID I RUPP | 09/14/2010 | ALAMOGORDO District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | DEFENDANT | 1 | WOOD ROY |
| | ATTORNEY: WILLIAM R. ANDERSON | | |
| P | PLAINTIFF | 1 | OCHOA ROGELIO |

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 09/14/2010 | 1 | OPN: COMPLAINT     Pending | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | TORT:PERSONAL INJURY AUTO |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| WOOD ROY | D | 1 |
| OCHOA ROGELIO | P | 1 |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 11/10/2010 | CERTIFICATE OF SERVICE | | D | 1 | |
| | OF DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST | | | | |
| | FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF | | | | |
| 11/10/2010 | JURY DEMAND 12 PERSON | | D | 1 | |
| 11/10/2010 | ASM: JURY 6 PERSON | | D | 1 | 150.00 |
| 11/08/2010 | ANSWER | | D | 1 | |
| | DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES | | | | |
| 11/08/2010 | ENTRY OF APPEARANCE | | D | 1 | |
| | WILLIAM R ANDERSON ENTERS APPEARANCE FOR DEFENDANT | | | | |
| 10/13/2010 | SUMMONS RETURN | | D | 1 | |
| | DEFENDANT SERVED WITH SUMMONS AND COMPLAINT ON 9/29/2010 | | | | |
| 09/14/2010 | SUMMONS ISSUED | | | | |
| | TO:  ROY WOOD | | | | |
| 09/14/2010 | JURY DEMAND 6 PERSON | | | | |
| 09/14/2010 | OPN: COMPLAINT | | P | 1 | |
| | FOR DAMAGES | | | | |
| 09/14/2010 | ASM: JURY 6 PERSON | | P | 1 | 150.00 |
| 09/14/2010 | ASM: CIVIL FILING-DIST. | | P | 1 | 117.00 |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 09/14/2010 | DAVID I RUPP | 1 | INITIAL ASSIGNMENT |

FILED
DISTRICT COURT OF
**STATE OF NEW MEXICO** OTERO COUNTY, N.M.
**COUNTY OF OTERO** 2010 SEP 14 PM 12: 51
**TWELFTH JUDICIAL DISTRICT**
JAN PERRY

**ROGELIO OCHOA,**

     **Plaintiff,**     CLERK____BY____ DOCKETED

**v.**                 No. CV 2010- 799 IV

**ROY WOOD,**

     **Defendant.**

### COMPLAINT FOR DAMAGES

     COMES NOW Rogelio Ochoa ("Plaintiff"), complaining of Roy Wood ("Defendant"), and for cause of action respectfully states:

### PARTIES

1.     Rogelio Ochoa is an individual residing in Otero County, New Mexico.

2.     Defendant is an individual residing in Dona Ana County, New Mexico. Defendant may be served with process at 1187 Finley, Chaparral, New Mexico 88021 or wherever he may be found.

### JURISDICTION AND VENUE

3.     Plaintiff claims damages within the jurisdiction of this Court.

4.     Venue is proper in this Court because the cause of action arose in Otero County.

### FACTS

5.     On or about November 29, 2007, Rogelio Ochoa was driving his vehicle northbound on US Highway 54 in Otero County, New Mexico. At all relevant time, he was driving cautiously, and exercising all due care. Defendant was operating a vehicle with a trailer on northbound Highway 54. Defendant's vehicle was stopped across the traveling lanes of the highway. Rogelio's vehicle impacted Defendant's vehicle. The impact caused Rogelio to sustain personal injuries.

## CAUSE OF ACTION IN NEGLIGENCE AND NEGLIGENCE *PER SE*

6.     Plaintiff incorporates the factual allegation in Paragraph 5 above.  Plaintiff's damages were the direct and proximate result of Defendant's negligence.  Defendant had a legal duty to act with ordinary prudence for Plaintiff's safety.   Defendant breached his duty of care by driving and operating a vehicle in an unsafe manner.  Without limitation, Defendant was negligent in one or more of the following ways:

     a.     In failing to keep a proper lookout as a person of ordinary prudence would have done under the same or similar circumstances;

     b.     In failing to control his vehicle;

     c.     In failing to clear the highway of his vehicle;

     d.     In failing to yield the right of way;

     e.     In failing to take proper emergency precautions and responses;

     f.     In failing to use proper emergency lighting;

     g.     In taking no action to avoid the collision;

     h.     In failing to give his full time and attention to operating the vehicle, in violation of New Mexico Statutes Section 66-8-114(A);

     i.     In failing to use ordinary care in operating the vehicle, in violation of New Mexico Statutes Section 66-8-114(B); and

     j.     In failing to obey a traffic control device, in violation of New Mexico Statutes Section 66-7-104.

Each of these acts and omissions, singularly and in combination with others, constitutes negligence that proximately caused Plaintiff's damages.

## DAMAGES

7.     As a direct and proximate result of Defendant's negligence, Plaintiff suffered physical injuries, pain and suffering, emotional distress, and physical impairment, and incurred medical expenses and loss of earning capacity.  In reasonable probability, these damages will continue in the future.

2

## **PRAYER**

8.      WHEREFORE, PREMISES CONSIDERED, Plaintiff Rogelio Ochoa respectfully prays

that Defendant be cited and commanded to appear herein, and, after all proceedings are had, that

judgment be entered in favor of Plaintiff and against Defendant for the following:

- General and special damages;

- Medical expenses and loss of earning capacity;

- Prejudgment interest at the maximum rate provided by law;

- Postjudgment interest at the maximum rate provided by law;

- Costs of suit; and

- Such other and further relief, both general and special, at law or in equity, to which Plaintiff is justly entitled.

Respectfully submitted,

McBRIDE LAW GROUP

ROBERT J. ANDREOTTI
Attorney for Plaintiff
6565 Americas Parkway NE, Ste. 200
Albuquerque, NM  87110
(505) 563-5888
Direct 214-455-5481

ATTORNEY FOR PLAINTIFF

3

**STATE OF NEW MEXICO**
**COUNTY OF OTERO**
**TWELFTH JUDICIAL DISTRICT**

FILED
DISTRICT COURT OF
OTERO COUNTY, N.M.

2010 SEP 14 PM 12: 51

JAN PERRY

**ROGELIO OCHOA,**

      **Plaintiff,**

CLERK_____BY_____

**v.**

No. CV 2010-799 IV

**ROY WOOD,**

      **Defendant.**

<u>**JURY DEMAND**</u>

      NOW COMES Rogelio Ochoa, the plaintiff in this action, and hereby demands a trial by

a jury of six persons in the above-entitled and numbered cause.

                     Respectfully submitted,

                     McBRIDE LAW GROUP

                     ROBERT J. ANDREOTTI
                     Attorney for Plaintiff
                     6565 Americas Parkway NE, Suite 200
                     Albuquerque, New Mexico  87110
                     Telephone:  (505) 563-5888

STATE OF NEW MEXICO
COUNTY OF OTERO
TWELFTH JUDICIAL DISTRICT

FILED
DISTRICT COURT OF
OTERO COUNTY, N.M.

2010 SEP 14  PM 1: 14

JAN PERRY

DOCKETED

ROGELIO OCHOA,

     Plaintiff,

v.

ROY WOOD,

     Defendant.

CLERK_____BY No._____ CV 2010 - 799 IV

## SUMMONS

TO:    ROY WOOD
       1187 Finley
       Chaparral, New Mexico 88021

Defendant(s) Greetings:

     YOU ARE HEREBY directed to serve a pleading or motion to the Plaintiff's Complaint for Damages within thirty (30) days after service of this summons, and file the same, all as provided by law.

     You are noticed that, unless you serve and file a responsive pleading or motion, the Plaintiffs will apply to the Court for relief demanded in the Complaint for Personal Injuries.

     Attorney for the Plaintiffs:     McBRIDE LAW GROUP
                                   ROBERT J. ANDREOTTI, ESQ.
                                   6565 Americas Parkway, N.E., Suite 200
                                   Albuquerque, New Mexico 87110
                                   Telephone: (505) 563-5888

     WITNESS the Honorable _____ DAVID I. RUPP _____ District Judge of the Twelfth Judicial District Court of said County, this 14th day of _____ Sept. _____, 20 10.

                                  CLERK OF THE DISTRICT COURT

                                  By _____.

          (SEAL)                             Deputy

NOTE: This summons does not require you to see, telephone or write to the District Judge of the Court at this time. It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you. If you want the advice of a lawyer and don't know one, you may wish to call The State Bar Statewide Lawyer Referral Service at 505-797-6047.

**RETURN**

STATE OF NEW MEXICO     )
                              ) ss.
COUNTY OF _____  )

     I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ County on the _____ day of _____, 20_____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*).

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

     After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at: _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at: _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, 20___.

_____
Notary Public

STATE OF NEW MEXICO
COUNTY OF OTERO
TWELFTH JUDICIAL DISTRICT

ROGELIO OCHOA,

      Plaintiff,

v.

ROY WOOD,

      Defendant.

FILED
DISTRICT COURT Of
OTERO COUNTY, N.M.

2010 OCT 13  AM 10: 49

JAN PERRY

DOCKETED

CLERK
No. _CV 2010 - 799 IV_

BY

## SUMMONS

TO:   ROY WOOD
      1187 Finley
      Chaparral, New Mexico 88021

Defendant(s) Greetings:

     YOU ARE HEREBY directed to serve a pleading or motion to the Plaintiff's Complaint for Damages within thirty (30) days after service of this summons, and file the same, all as provided by law.

     You are noticed that, unless you serve and file a responsive pleading or motion, the Plaintiffs will apply to the Court for relief demanded in the Complaint for Personal Injuries.

     Attorney for the Plaintiffs:    McBRIDE LAW GROUP
                                    ROBERT J. ANDREOTTI, ESQ.
                                      6565 Americas Parkway, N.E., Suite 200
                                      Albuquerque, New Mexico 87110
                                      Telephone: (505) 563-5888

     WITNESS the Honorable _DAVID I. RUPP_____District Judge of the Twelfth Judicial District Court of said County, this _14th_ day of _Sept_____, 20_10_.

                                          CLERK OF THE DISTRICT COURT

                                        By_____
                                             Deputy

              (SEAL)

NOTE: This summons does not require you to see, telephone or write to the District Judge of the Court at this time. It does require you or your attorney to file your legal defense to this case in writing with the Clerk of the District Court within 30 days after the summons is legally served on you. If you do not do this, the party suing may get a Judgment by default against you. If you want the advice of a lawyer and don't know one, you may wish to call The State Bar Statewide Lawyer Referral Service at 505-797-6047.

**RETURN**

STATE OF NEW MEXICO      )
                         ) ss.
COUNTY OF _Dona Ana_     )

    I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Dona Ana_ County on the _29_ day of _SEP_, 20 _10_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[X] to the defendant _Roy Wood_____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*).

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

    After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at: _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at: _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_PROCESS SERVER_
Title (*if any*)

Subscribed and sworn to before me this _30th_ day of _September_, 20 _10_

_____
Notary Public

OFFICIAL SEAL
LACY JACKSON
NOTARY PUBLIC-STATE OF NEW MEXICO
My commission expires: _3/16/2013_

FILED
DISTRICT COURT OF
OTERO COUNTY, NM

2010 NOV -8  PM 3: 44

JAN PERRY

CLERK_____BY_____

STATE OF NEW MEXICO
COUNTY OF OTERO
TWELFTH JUDICIAL DISTRICT

ROGELIO OCHOA,

        Plaintiffs,

  vs.                                     CASE NO.  CV-2010-0799 IV

ROY WOOD,

        Defendant.

## ENTRY OF APPEARANCE

    **COMES NOW** the undersigned attorney, and enters his appearance on behalf of

Defendant Roy Wood in the above-entitled cause of action.

                        Respectfully submitted,

By: _____
              William R. Anderson
              Attorney for Defendant
              3800 E. Lohman Avenue, Suite B
              Las Cruces, NM 88011
              (575)522-4102

I hereby certify that a true and correct copy
of the foregoing pleading was mailed to:

Robert J. Andreotti
McBride Law Group
Attorney for,
6565 Americas Parkway NE #200
Albuquerque, NM 87110

this _____ day of November, 2010.

BY: _____
     William R. Anderson

## NOTICE

All attorneys and staff of the  are employees of the Claims Litigation Department, Farmers Insurance Exchange and Affiliates. Not a Partnership.

FILED
DISTRICT COURT OF
OTERO COUNTY, NM

2010 NOV -8  PM 3: 47

JAN PERRY

CLERK_____BY____
DOCKETED

STATE OF NEW MEXICO
COUNTY OF OTERO
TWELFTH JUDICIAL DISTRICT

ROGELIO OCHOA,

        Plaintiffs,

    vs.

                              CASE NO.  CV-2010-0799 IV

ROY WOOD,

        Defendant.

## DEFENDANT ROY WOOD'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES

**COMES NOW** the Defendant, Roy Wood, by and through counsel of record, ORRAJ, ANDERSON & OBREY-ESPINOZA(William R. Anderson), and in Answer to Plaintiff's Complaint for Damages, hereby state as follows:

### PARTIES

1.    Defendant is without knowledge or information sufficient to allow him to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.    Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

### JURISDICTION AND VENUE

3.    Defendant is without knowledge or information sufficient to allow him to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint.  Affirmatively Defendant states that this Court lacks subject matter jurisdiction.

4.      Defendant admits the allegations contained in Paragraph 4 of Plaintiff's
Complaint.

## FACTS

5.      With regard to the allegations contained in Paragraph 5 of Plaintiff's Complaint,
Defendant admits that on November 29, 2007, Plaintiff was driving northbound
on US Highway 54 in Otero County, New Mexico.  Defendant further admits that
Plaintiff's vehicle struck a vehicle being driven by Defendant, and that the impact
cause Plaintiff to sustain personal injuries.  Defendant denies the remainder of the
allegations contained in Paragraph 5 of Plaintiff's Complaint.

## CAUSE OF ACTION IN NEGLIGENCE AND NEGLIGENCE PER SE

6.      Defendant denies the allegations contained in Paragraph 6 of Plaintiff's
Complaint.

## DAMAGES

7.      Defendant denies the allegations contained in Paragraph 7 of Plaintiff's
Complaint.

8.      Defendant denies each and every allegation of Plaintiff's Complaint which has
not been specifically admitted herein.

## AFFIRMATIVE & OTHER DEFENSES

Subject to discovery Defendant will, or may, assert the following affirmative defenses at the trial
of this cause of action:

1.      The acts and damages complained of by Plaintiff, which acts and damages are
specifically denied, were the proximate result of the act or failure to act of
Plaintiff, thereby barring or reducing recovery of Plaintiff against Defendant.

2

2.     Plaintiff has failed to mitigate damages.

3.     Lack of Subject Matter Jurisdiction.

4.     Plaintiff's Claims are subject to the provisions of the Federal Tort Claims Act.

5.     Defendant reserves the right to amend his Answer to Plaintiff's Complaint to
       include additional Affirmative Defenses and Counterclaims once facts supporting
       same become known.

**WHEREFORE**, the Defendant prays that the Court enter an Order dismissing Plaintiff's
Complaint with prejudice, for his costs incurred in defending this matter, and for such other and
further relief as the Court deems proper.

Respectfully submitted,

By: _____
William R. Anderson
Attorney for Defendant
3800 E. Lohman Avenue, Suite B
Las Cruces, NM 88011
(575)522-4102

I hereby certify that a true and correct copy
of the foregoing pleading was mailed to:

Robert J. Andreotti
McBride Law Group
Attorney for,
6565 Americas Parkway NE #200
Albuquerque, NM 87110

this ___8___ day of November, 2010.

BY: _____
William R. Anderson

3

## NOTICE

All attorneys and staff of  are employees of the Claims Litigation Department, Farmers Insurance Exchange and Affiliates.  Not a Partnership.

STATE OF NEW MEXICO
COUNTY OF OTERO
TWELFTH JUDICIAL DISTRICT

FILED
DISTRICT COURT OF
OTERO COUNTY, N.M.

2010 NOV 10  AM 11: 03

JAN PERRY

CLERK_____ BY DOCKETED

ROGELIO OCHOA,

           Plaintiff,

    vs.

ROY WOOD,

           Defendant.

CASE NO.  CV-2010-0799 IV

### JURY DEMAND

    **COMES NOW** the Defendant, by and through his attorneys of record, ORRAJ,

ANDERSON & OBREY-ESPINOZA William R. Anderson and requests that this matter be tried

before a jury of twelve persons.  A Jury Demand requesting six persons was previously filed and

Defendant requests an additional six persons.  A jury fee in the amount of $150.00 is tendered

herewith.

                        Respectfully submitted,

                        ORRAJ, ANDERSON & OBREY-ESPINOZA

By: _____

                    William R. Anderson
                    Attorney for Defendant,
                    3800 E. Lohman, Suite B
                    Las Cruces, NM 88011
                    (575) 522-4102

I hereby certify that a true and correct copy
of the foregoing pleading was mailed to:

Robert J. Andreotti
McBride Law Group
Attorney for Plaintiff,
6565 Americas Parkway NE #200
Albuquerque, NM 87110


this _____8_____ day of November, 2010.


BY:   _____
       William R. Anderson

2

STATE OF NEW MEXICO
COUNTY OF OTERO
TWELFTH JUDICIAL DISTRICT

FILED
DISTRICT COURT OF
OTERO COUNTY, N.M.

2010 NOV 10  AM 11: 03

JAN PERRY

CLERK_____ BY_____
DOCKETED

ROGELIO OCHOA,

        Plaintiffs,

    vs.

CASE NO.  CV-2010-0799 IV

ROY WOOD,

        Defendant.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copies of Defendants' First Set of Interrogatories and Request for Production of Documents to Plaintiff were mailed to Plaintiff's counsel of record this _____ day of November, 2010.

                      Respectfully submitted,

                      ORRAJ, ANDERSON & OBREY-ESPINOZA

By:    _____
                      William R. Anderson
                      Attorney for Defendant,
                      3800 E. Lohman, Suite B
                      Las Cruces, NM 88011
                      (575) 522-4102

I hereby certify that a true and correct copy
of the foregoing pleading was mailed to:

Robert J. Andreotti
McBride Law Group
Attorney for,
6565 Americas Parkway NE #200
Albuquerque, NM 87110

this ____8____ day of November, 2010.

BY: _____
    William R. Anderson

2