IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROGELIO OCHOA,**

    Plaintiff,

v.                                           CV 10-1188 CG/LAM

**UNITED STATES OF AMERICA,**

    Defendant.

## NOTICE OF IMPENDING REASSIGNMENT

Pursuant to F.R.Civ. P. 73(b)(2), the parties are reminded that the undersigned was assigned as presiding judge in this matter, pursuant to 28 U.S.C. §636(c). One or more of the parties has yet to file written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district court judge as presiding judge within ten (10) days if written consents from all parties have not been filed.

The parties are free to withhold consent. No adverse substantive consequences will result from any party's failure or refusal to consent.

_____
CARMEN E. GARZA
U.S. MAGISTRATE JUDGE