IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
DISTRICT COURT OF
OTERO COUNTY, N.M.
2010 DEC 16 AM 10: 53
JAN PERRY
CLERK_____BY_____

ROGELIO OCHOA,

    Plaintiff,

vs.                                                                   NO. CIV 10-1188

ROY WOOD,

    Defendant.

### ACKNOWLEDGMENT BY TWELFTH JUDICIAL DISTRICT COURT CLERK OF RECEIPT OF NOTICE OF REMOVAL OF ACTION

Receipt is hereby acknowledged that a copy of the Notice of Filing of Notice of Removal of Action in the Twelfth Judicial District Court, County of Otero, State of New Mexico, Cause No. CV-2010-799 IV, to the United States District Court for the District of New Mexico was filed herein by the United States of America.

Dated this 15th day of December, 2010.

                                    CLERK OF THE TWELFTH JUDICIAL
                                  DISTRICT COURT
                                  COUNTY OF OTERO
                                  STATE OF NEW MEXICO

                                  By: _____