IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROGELIO OCHOA,

    Plaintiff,

v.                              No. CIV 10-1188 MV/LAM

THE UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.

This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

                                      Respectfully submitted,

                                       KENNETH J. GONZALES
                                       United States Attorney

                                       */s/ Michael H. Hoses*
                                       MICHAEL H. HOSES
                                       Assistant United States Attorney
                                       P.O. Box 607
                                       Albuquerque, NM 87103
                                       (505) 224-1455; michael.hoses@usdoj.gov

                                       */s/ Robert J. Andreotti*
                                       ROBERT J. ANDREOTTI, ESQ.
                                       McBride Law Group
                                       6565 Americas Parkway, N.E., Suite 200
                                       Albuquerque, NM  87110
                                       505) 563-5888; rjandreotti@yahoo.com